FILED BY ___ D.C.
05 NOV -2 AM 10: 39
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

LOVE IN ACTION INTERNATIONAL, INC.,

Plaintiff,

v.

PHIL BREDESEN, in his official capacity as Governor of the State of Tennessee; VIRGINIA TROTTER BETTS, in her official capacity as Commissioner of the Tennessee Department of Mental Health and Developmental Disabilities; ARTHUR HYDE, in his official capacity as Director of the Office of Licensure for the Tennessee Department of Mental Health and Developmental Disabilities, and in his individual capacity; PHIL BROWN, in his official capacity as West Tennessee Licensure Coordinator for the Tennessee Department of Mental Health and Developmental Disabilities, and in his individual capacity,

Defendants.

Case No. 2:05-cv-02724

**ORDER**

Upon hearing Plaintiff's Motion for Preliminary Injunction on October 21, 2005, the Court hereby orders that Plaintiff's Motion for Preliminary Injunction is denied without prejudice.

THE HONORABLE BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-2-05

15

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 2:05-CV-02724 was distributed by fax, mail, or direct printing on November 2, 2005 to the parties listed.

---

Nathan W. Kellum
ALLIANCE DEFENSE FUND
P.O. Box 11159
Memphis, TN 38111

David Jonathan Hacker
ALLLIANCE DEFENSE FUND
15333 N. Pima Road,
Suite 165
Scottsdale, AZ 85260

William Helou
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202

Pamela A. Hayden-Wood
OFFICE OF THE ATTORNEY GENERAL- Civ Litigation
P.O. Box 20207
Nashville, TN 37202--020

Honorable Bernice Donald
US DISTRICT COURT